**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MICHAEL THOMAS RAYMOND,

    Plaintiff,

v.                                            Case No: 8:23-cv-1034-CEH-AEP

PRISONER TRANSPORTATION
SERVICES, INC., BREVARD
EXTRADITIONS, LLC, U.S.
CORRECTIONS, LLC, D.
MONTOYA and F/N/U TORRES-
BAEZ,

    Defendants.

_____/

**ORDER**

The Court has been advised by the Plaintiff that the parties have reached an agreement to resolve the issues in this case (Doc. 24), and the parties are in the process of finalizing the release and dismissal paperwork. Accordingly, pursuant to Local Rule 3.09(b), M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, upon good cause shown. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are denied as moot and the Clerk is directed to terminate all deadlines and administratively close the file.

**DONE AND ORDERED** in Tampa, Florida on November 14, 2023.

_Charlene Edwards Honeywell_
Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record
Unrepresented Parties, if any