EDUNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 8:23-CV-01034-CEH-AEP

MICHAEL THOMAS RAYMOND,

    Plaintiff,

v.

PRISONER TRANSPORTATION SERVICES,
INC. f/k/a PRISONER TRANSPORTATION
SERVICES, LLC, BREVARD EXTRADITIONS,
LLC, U.S. CORRECTIONS, LLC,
D. MONTOYA, individually and
F/N/U TORRES-BAEZ, individually

    Defendants,
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff and the Defendants, pursuant to the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, based on a settlement amongst the parties:

STIPULATE AND AGREE that this action is to be dismissed with prejudice, and each party is to bear their own costs and attorneys' fees; all liens and subrogated interests to be paid by the Plaintiff out of the proceeds of the settlement.

DATED this ___28___ day of _____December_____, 2023.

| | |
|---|---|
| DAVID A. FRANKEL, ESQUIRE | CONROY SIMBERG |
| Attorney for Plaintiff | Attorney for Defendant |
| Law Offices of David A. Frankel, P.A. | 1801 Centrepark Drive East, Suite 200 |
| 4601 Sheridan Street, Suite 213 | West Palm Beach, FL 33401 |
| Hollywood, FL 33021 | (561) 697-8088/(561) 697-8664/Fax |
| (954) 683-0300 | eservicewpb@conroysimberg.com |

<table>
<tr><td>

david@bluelotuslaw.com
eservice@bluelotuslaw.com

By:/s/ *David A. Frankel*
   David A. Frankel, Esquire
   Florida Bar No. 741779


LYDECKER DIAZ

Attorney for Defendant
1221 Brickell, 19th Floor
Miami, FL 33131
(305) 416-3180/(305) 416-3190/Fax
shj@lydecker.com
amorrison@lydecker.com
ag@lydecker.com


By: /s/ *Stephen Hunter Johnson*
  Stephen Hunter Johnson, Esq.
   Florida Bar No.  12362

</td><td>

lkatz@conroysimberg.com

By:  /s/ *Lindsay S. Katz*
   Lindsay S. Katz, Esquire
   Florida Bar No. 1008832


LUKS, SANTANIELLO, PETRILLO, COHEN & PETERFRIEND
Attorney for Defendant
301 Yamato Rd., Suite 4150
Boca Raton, FL  33431
(561) 893-9088/(561) 893-9048/Fax
vedwards@insurancedefense.net




By: /s/ *Valerie Edwards*
  Valerie Edwards, Esq.
   Florida Bar No.:  104355

</td></tr>
</table>